

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00841-CR

John Robert **HOLTKE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8690
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED February 5, 2020.

_____
Irene Rios, Justice